IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**JESSIE HAYNES**                                                                                               **PLAINTIFF**

**V.**                                                                               **CIVIL ACTION NO. 3:04cv388WSu**

**ANGUS STURGESS, ET AL.**                                                                **DEFENDANTS**

### ORDER OF DISMISSAL

UPON motion *ore tenus* of the Plaintiff, Jessie Haynes, by and through his attorney of record,

IT IS HEREBY ORDERED AND ADJUDGED that the lawsuit brought on behalf of Jessie Haynes against Angus Sturgess, et al., should be and hereby is dismissed.

SO ORDERED this the 26th day of July, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE

Presented by:

_____
Delano Funches, MB # 8849
Funches & Associates
1617 Robinson Street
Jackson, Mississippi 39209
Telephone: (601) 969-7400
Facsimile: (601) 969-7438
Attorney for Plaintiff, Jessie Haynes